IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL ERIC COBBLE                                                                               PETITIONER

v.                                         Case No. 2:14-CV-02175

CITY OF CLARKSVILLE; and JOHN DOE                                              RESPONDENTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction as to any claims asserted pursuant to 28 U.S.C. §§ 2241 or 2254.

IT IS FURTHER ORDERED that any claims that might be construed pursuant to 42 U.S.C. § 1983 or any other federal statute are DISMISSED WITHOUT PREJUDICE pursuant to the three strikes rule set forth in 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this 5th day of February, 2015.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE