IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DANIEL ERIC COBBLE                                                                                    PETITIONER

v.                                       Case No. 2:14-CV-02175

CITY OF CLARKSVILLE; and JOHN DOE                                                       RESPONDENTS

**<u>O R D E R</u>**

      The Court has received proposed findings and recommendations (Doc. 18) from Chief United States Magistrate Judge James R. Marschewski. The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Petitioner Daniel Eric Cobble. After reviewing the record *de novo* as to Mr. Cobble's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Petitioner's objections offer neither law nor fact requiring departure from the Magistrates' findings.

      IT IS THEREFORE ORDERED that the findings and recommendations of the Magistrate are approved and adopted as this Court's findings.

      Accordingly, IT IS FURTHER ORDERED that Mr. Cobble's motions to reverse the judgment (Doc. 14), for a certificate of appealability (Doc. 15), and to appeal *in forma pauperis* (Doc. 16) are DENIED.

      IT IS SO ORDERED this 13th day of March, 2015.

      */s/ P. K. Holmes,* III
      P.K. HOLMES, III
      CHIEF U.S. DISTRICT JUDGE